JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUSSELL LEE GOOCH, | ) | Case No. CV 11-9904-SP |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| LOS ANGELES COUNTY PROBATION DEPARTMENT, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 31, 2015

_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE